UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-08227-SPG-MRW | Date | January 2, 2024 |
| Title | Gavin O'Neil v. Key of Beauty et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER**

On December 6, 2023, plaintiff filed a Joint Motion to Extend Defendant's Time to Respond to Initial Complaint by December 20, 2023.   Defendant has not answered the Complaint, yet plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P 55(a).   Plaintiff can satisfy this order by seeking entry of default or by dismissing the Complaint. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, on or before January 9, 2024, why this action should not be dismissed for lack of prosecution. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED**.

:

Initials of Preparer   pg